

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00252-CR

Benjamin **ESCOBEDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4634
Honorable Kevin M. O'Connell, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment with regard to Appellant's conviction for the offense of continuous sexual abuse of a child is AFFIRMED. The trial court's judgment with regard to Appellant's convictions for the offenses of sexual assault of a child and indecency with a child by contact, as alleged in Counts II, IV, and V, are REVERSED AND VACATED.

SIGNED December 27, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice